AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TERRY PADGETT,

           Plaintiff,

      v.                     **Civil Action No.:** 1:20-cv-233 HAB

NORFOLK SOUTHERN CORPORATION,

           Defendant.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Judgment is ENTERED in favor of the Defendant, Norfolk Southern Corporation, and against the Plaintiff, Terry Padgett.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge   Holly A. Brady on Defendant's Motion for Summary Judgment       .


DATE:    June 15, 2021             ROBERT TRGOVICH, CLERK OF COURT


                                   By:   s/K. Pflueger
                                       Signature of Clerk or Deputy Clerk