AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TERRY PADGETT

    Plaintiff

    v.           Civil Action No. 1:20-cv-233

NORFOLK SOUTHERN CORPORATION,
*TERMINATED: 08/15/2022*

NORFOLK SOUTHERN RAILWAY COMPANY

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Defendant, Norfolk Southern Railway Company, and against Plaintiff, Terry Padgett.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Holly A. Brady on Motion for Summary Judgment.

DATE:  10/25/2022          GARY T. BELL, CLERK OF COURT

                                       by   s/J. Barboza
                                                        *Signature of Clerk or Deputy Clerk*