UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TERRY PADGETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CV-233-HAB |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now before the Court is Plaintiff's request (ECF No. 71) that the Court review the Clerk's Notice of Costs Taxed (ECF No. 70). Plaintiff asserts that costs should have been taxed in the amount of $7,994.98, the amount requested by Defendant in its latest filing. (*See* ECF No. 68). Defendant has not responded.

The Court has reviewed Plaintiff's request and finds it well-taken. The Court continues to hold that Plaintiff waived his objections to Defendant's initial bill of costs, *see Lauth v. Covance, Inc.*, 863 F.3d 708, 718 (7th Cir. 2017), but that waiver can only extend to the amount in the initial bill of costs, that being $7,994.98. And the Court agrees with Plaintiff that, in responding to Plaintiff's objections to Defendant's second bill of costs, Defendant abandoned any request for costs above the initial amount. (ECF No. 68 at 6) (requesting that costs be taxed in the amount of $7,994.98). Plaintiff's motion will be granted.

For these reasons, Plaintiff's Motion to Amend Judgment and for Relief from Judgment (ECF No. 71) is GRANTED. The Clerk's Notice of Costs Taxed (ECF No. 70) is VACATED. The Clerk is DIRECTED to tax costs against Plaintiff in the amount of $7,994.98.

SO ORDERED on March 2, 2023.

                                                 s/ *Holly A. Brady*
                                                 JUDGE HOLLY A. BRADY
                                                 UNITED STATES DISTRICT COURT